```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    SHAWN J. NELSON (Cal. Bar No. 185149)
 4  Assistant United States Attorney
    Violent & Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-5339
 7       Facsimile:  (213) 894-3713
         Email: shawn.nelson@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 10-00408-GW |
|---|---|
| Plaintiff, | ) **FINDINGS AND ORDER** |
| v. | ) |
| DAVONTE TRENARD HATCHER, | ) |
| Defendant. | ) |

O R D E R

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby adopts the findings of fact and conclusions of law stipulated to by the parties and finds that the interests of justice outweigh the defendant's and the public's right to a speedy trial for the reasons stated therein.

IT IS THEREFORE ORDERED that the Court: (1) deems the period from June 29, 2010, to July 27, 2010, inclusive, an excludable period of time under Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(i); (2) continues trial in this

matter to July 27, 2010, at 8:30 a.m.; and (3) sets a Status Conference and Motions Hearing for July 8, 2010, at 8:00 a.m.

Dated: June 22, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE